UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DWIGHT OSCAR BREWINGTON, )
)
    Plaintiff, )
)
v. ) CV421-261
)
DR. VASLENKO, )
)
    Defendant. )

ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), (doc. no. 21), to which no objections have been filed. Accordingly, the R&R is **ADOPTED**. Defendant Vlasenko's Motion for Summary Judgment is **GRANTED**. (Doc. 14.) Plaintiff's Complaint is **DISMISSED**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 17th day of January, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA